IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **LAKESHA A. FARRIS,** ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> **JAMIE WILSON, in her** ) </br> **capacity of Interim** ) </br> **Superintendent, and** ) </br> **MONTGOMERY COUNTY BOARD** ) </br> **MEMBERS,** ) </br> ) </br> Defendants. ) | **CIVIL ACTION NO.** </br> **2:24cv641-MHT** </br> **(WO)** |

OPINION

Plaintiff, a school counselor, filed this lawsuit under Title VII of the Civil Rights Act of 1964 asserting that she was overloaded with work due to the school principal refusing to hire additional counselors, that she was treated unfairly in being forced to do the work of three positions and not being compensated for the extra work like similarly situated colleagues were, and that the principal retaliated against her after she filed a grievance. She later filed an amended complaint, as ordered. This lawsuit

is now before the court on the recommendation of the United States Magistrate Judge that that plaintiff's case be dismissed without prejudice for failure to state a claim upon which relief can be granted. There are no objections to the recommendation. After an independent and de novo review of the record, and because plaintiff has not objected to the characterization of her claims in the recommendation, the court concludes that the magistrate judge's recommendation should be adopted.

   An appropriate judgment will be entered.

   DONE, this the 24th day of February, 2025.

                            /s/ Myron H. Thompson
                     **UNITED STATES DISTRICT JUDGE**